Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 19 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Farris E. Mallo.  # 3469063
    Petitioner

STATE CIVIL RIGHTS COMPLAINT

PURUANT TO 42 U.S.C. § 1983

V.

Case Number 3:24-CV-88
Groh, Trumble, Sims

Mr. Russell Maston, Superintendent;
Mrs. Kristen Nichols, Unit Manager of 76-1
Mrs. Kayla B. Nichols, Institutional Parole Officer
Mr. Martin Logan, Council of 76-1
Mr. Russell Knuckles, Parole Officer
Mr. Ryan E. Beals, Parole Officer.
    Defendants

I. JURISDICTION

This is a civil action brought pursuant to **42 U.S.C. § 1983.** The court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. PARTIES

*In item A below, place your full name. inmate number, place of detention. Complete Mailing address in space provided.*

    A.    Your Name; Farris E. Mallo
        Inmate Number   3469063
        Address St. Marys Correctional center and Jail
            2880 North Pleasants highway,
            St. Marys West Virginia 26107

*In item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

    B.    Name of Defendant; Mr. Russell Maston,

**Attachment A**

Position: Superintendent

place of employment: St. Marys Correctional center and Jail

Address: St. Marys Correctional center and Jail
2880 North Pleasants highway
St. Marys West Virginia 26107

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    [X] Yes    [ ] No

If your answer is "yes" briefly explain: Mr. Russell Maston, the Superintendent of the St. Marys Correctional Center and Jail that all other State worker and/or Actor work for.

B.1   Name of Defendant; Mrs. Kristen Nichols,

Position: Unit Manager of 76-1 at the time

place of employment: St. Marys Correctional center and Jail

Address: St. Marys Correctional center and Jail
2880 North Pleasants highway
St. Marys West Virginia 26107

Was this Defendant acting under the authority or color of state law at the time these claims occurred?    [X] Yes    [ ] No

If your answer is "yes" briefly explain: Mrs. Kristen Nichols is the Unit Manager of 76-1 (at the Time) and she is the one, we go throw to check are home plans, and she telling us, that they need to be in 40 days before our parole hearing.

B.2   Name of Defendant; Mrs. Kayla B. Nichols

Position: Institutional Parole Officer

place of employment St. Marys Correctional center and Jail

Address: St. Marys Correctional center and Jail
2880 North Pleasants highway
St. Marys West Virginia 26107

**Attachment A**

Was this Defendant acting under the authority or color of state law at the time these claims occurred?       [X] Yes       [ ] No

If your answer is "yes" briefly explain: Mrs. Kayla B. Nichols is an Institutional Parole Officer (IPO) all home plans has to go throw her to be filed in the O.I.S. that she has not done, and she said that two-many convicted felons living in my mother's home. This is the reason I'm not allow to parole there.

B.3   Name of Defendant; Mr. Martin Logan,

   Position: Council of 76-1

   place of employment: St. Marys Correctional Center and Jail

      Address: St. Marys Correctional center and Jail
         2880 North Pleasants highway
         St. Marys, West Virginia 26107

Was this Defendant acting under the authority or color of state law at the time these claims occurred?       [X] Yes       [ ] No

If your answer is "yes" briefly explain: Mr. Martin Logan is the Council of 76-1 and she is the one, we go throw to check are home plans, and she telling us, that they need to be in 40 days before our parole hearing. This violate our due process, in being able to get a setup upon finding a home plan.

B.4   Name of Defendant; Mr. Russell Knuckles
   Position:          Parole Officer
   place of employment: Parole Office
      Address:          Parole Offices
         1356 Hansford Street Ste. B
         Charleston West Virginia 25301

Was this Defendant acting under the authority or color of state law at the time these claims occurred?       [X] Yes       [ ] No

If your answer is "yes" briefly explain: Mr. Russell Knuckles is a Parole Officer he works the West Virginia Parole Office and he go out and check the home plan, he ether approves or

Attachment A

denied a home plan apply by incarcerated felons and he said that would not approve, my home plan, to my mother house. (Abuse of power and/or position)

B.5   Name of Defendant; <u>Mr. Ryan E. Beals</u>
      Position: <u>Parole Officer.</u>
      place of employment: <u>Parole Office</u>
      Address: <u>Parole Offices</u>
      <u>1356 Hansford Street STE. B</u>
      <u>Charleston West Virginia 25301</u>

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes   [ ] No

If your answer is "yes" briefly explain: <u>Mr. Ryan E. Beals is a Parole Officer he works the West Virginia Parole Office and he go out and check the home plan, he ether approves or denied a home plan, apply by incarcerated felons and he said that would not approve, my home plan, to my mother house. (Abuse of power and/or position)</u>

### III.   PLACE OF PRESENT CONFINEMENT

Name or Prison/Institution: <u>St. Marys Correctional center and Jail</u>

A. Is this where the events concerning your complaint took place?
   Yes [X]   No [ ]

   If your answer "No" where did the events occur?

   _____

B. Is there a prisoner grievance procedure in the Institution where the events occurred?

   Yes [X]   No [ ]

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?   [X] Yes   [ ] No

D. If your answer is "No" explain why not _____

**Attachment A**

E. If your answer is "Yes" identify the administrative grievance procedure number (s) In which the claims raised in this complaint were addressed and State the result at level one, level two, and level three. **ATTACTH GRIEVANCES AND REAPONSES:**

Level 1 SEE ATTACTH GRIEVANCE

Level 2 SEE ATTACTH GRIEVANCE

Level 3 SEE ATTACTH GRIEVANCE

IV. **PREVIOUS LAWSUITS AND ADMINISTRATIVE REMENDIES.**

A. Have you filed other lawsuit in State or Federal Court dealing with the same facts involved in this action?   [X] Yes   [_] No

B. If your answer is "Yes", describe each lawsuit in space below. If there is more than one lawsuit, describe additional lawsuit using the same format on a separate piece of paper which you should attach and label: **"IV. PREVIOUS LAWSUITS"**

1  Petitioner (S); Farris E. Mallo. # 3469063

   Defendant(S); Mr. Russell Maston, Superintendent;
   Mrs. Kristen Nichols, Unit Manager of 76-1
   Mrs. Kayla B. Nichols, Institutional Parole Officer
   Mr. Martin Logan, Council of 76-1
   Mr. Russell Knuckles, Parole Officer
   Mr. Ryan E. Beals, Parole Officer

2  Court; Southern District and moved Northern District

3  Case Number: 3:24-cv-28

4  Basic Claim Made/Issues Raised: Denying me due process, equal protecting, discrimination, and inadequate in doing their job.

5  Name of judge(s) to whom case was assigned; Honorable Judge Bailey

**Attachment A**

# GRIEVANCE
# Level (1)

WVDCR Policy Directive 335.00
27 May 2022
Attachment #2
**GENERAL DISTRIBUTION**

**WVDCR Inmate Grievance Form**   Grievance No. 24-SMCCJ-76-1-183

Inmate Name: Farris E Mullo   OID #: 3469063   Date of Grievance: May 6, 23

☐ ADA-related

**State Nature of Grievance / Issue to be addressed** (Note: 1 issue per grievance, be concise file with Unit Manager. NO WRITING ON BACK):

My Mother or Brother has not been arrested or charge with a crime in six years and my mother has not been arrested or charge with a crime in forteen years. How can me not allow to be parole to my mother house, be denied, is noone at her house has been arrested or charge in the last six years?

**Relief Sought** (state what you want):

Approve my home plan and queit illegal detaining my home plan.

Inmate's Signature: Farris E Mullo

(The inmate may attach one 8.5 x 11 sheet, if necessary, at this level only)

**Unit Manager Response** (attach additional sheet if needed)

Accepted ✓   Rejected ___   Reason for rejection: _____   Date: 5/7/2024

Response on Merits if accepted:
I have reviewed your grievance. According to SMCCJ re-entry Coordinator, the home plan to your mother cannot be approved due to a convicted felon living there.

Signature: [signed]

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Superintendent FM (initial) Date: 5/7/24

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature _____ Date _____

**Action by Superintendent:**

Accepted ___   Rejected ___   Reason for rejection: _____   Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action  ___ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified

Comments _____

(Attach additional sheet if necessary)

Superintendent's Signature _____ Date _____

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Commissioner ___ (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature _____ Date _____

**Action by Commissioner:**

Accepted ___   Rejected ___   Reason for rejection: _____   Date: ___

Response on Merits if accepted: ___ Affirm Superintendent and deny grievance (Affix final stamp)   ___ Other, memo attached.

**Attachment A**

# GRIEVANCE

## Level (2)

WVDCR Policy Directive 335
27 May 20
Attachment
GENERAL DISTRIBUTIO

**WVDCR Inmate Grievance Form**    Grievance No. 24-SMCCJ-76-1-183

Inmate Name: Farris E Mullo    OID #: 3469063    Date of Grievance: May 6, 23    ☐ ADA-related

**State Nature of Grievance / Issue to be addressed** (Note: 1 issue per grievance, be concise file with Unit Manager. NO WRITING ON BACK):

My mother or Brother has not been arrested or charge with a crim in six years and my mother has not been arrested or charge with a crim in forteen years. How can me not allow to be parole to my mother house, be denied, if noone at her house has been arrested or charge in the last six years?

**Relief Sought** (state what you want):

Approve my home plan and queit illegal detaining my home plan.

Inmate's Signature: Farris E Mullo    (The inmate may attach one 8.5 x 11 sheet, if necessary, at this level only)

**Unit Manager Response** (attach additional sheet if needed)

Accepted ✓    Rejected ___    Reason for rejection: _____    Date: 5/7/2024

Response on Merits if accepted:
I have reviewed your grievance. According to SMCCJ re-entry coordinators, the home plan to his Mother cannot be approved due to a convicted felon living there.

Signature: [signed]

Resolved: ___ (if so initial and give copy to Unit Manager)    Appealed to Superintendent [initial] Date 5/7/24

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

RECEIVED
Superintendent's Office
MAY 0 9 2024
St. Marys Correctional Center & Jail

Inmate's Signature: _____    Date: _____

**Action by Superintendent:**

Accepted ☒    Rejected ___    Reason for rejection: _____    Date: _____

Response on Merits if accepted: ___ Remand to Unit for further action  ☒ Affirm unit and/or deny grievance   ___ Grant the Grievance as specified
Comments: _____

Superintendent's Signature: [signed]    Date: 5-17-24    (Attach additional sheet if necessary)

Resolved: ___ (if so initial and give copy to Unit Manager)    Appealed to Commissioner ___ (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: _____    Date: _____

**Action by Commissioner:**

Accepted ___    Rejected ___    Reason for rejection: _____    Date: _____

Response on Merits if accepted: ___ Affirm Superintendent and deny grievance (Affix final stamp)    ___ Other, memo attached.

INMATE COPY

Attachment A

# GRIEVANCE

## Level (3)

WVDCR Policy Directive 335.0
27 May 202
Attachment #
**GENERAL DISTRIBUTION**

**WVDCR Inmate Grievance Form**

Grievance No. 24-SMCCJ-76-1-103

Inmate Name: Farris E Mullo
OID #: 3469063
Date of Grievance: May 6, 23

☐ ADA-related

**State Nature of Grievance / Issue to be addressed** (Note: 1 issue per grievance-be concise file with Unit Manager. NO WRITING ON BACK):

My Mother or Brother has not been arrested or charge with a crim in six years and my mother has not been arrested or charge with a crim in forteen years. How can me not allow to be parole to my mother house, be denied, if noone at her house has been arrested or charge in the last six years?

**Relief Sought (state what you want):**
Approve my home plan and queit illegal detaining my home plan.

Inmate's Signature: Farris E Mullo

(The inmate may attach one 8.5 x 11 sheet, if necessary, at this level only)

**Unit Manager Response** (attach additional sheet if needed)

Accepted ✓   Rejected ___   Reason for rejection: ___   Date: 5/7/2024

**Response on Merits if accepted:**
I have reviewed your grievance. According to SMCCJ re-entry coordinators, the home plan to your mother cannot be approved due to a convicted felon living there.

Signature: [signature]

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Superintendent [initial] Date 5/7/24

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: Farris E Mullo   Date: ___

[Stamp: RECEIVED MAY 0 9 2024 Superintendent's Office St. Marys Correctional Center & Jail]

**Action by Superintendent:**
Accepted ___   Rejected ___   Reason for rejection: ___   Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action  ✗ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified
Comments: ___

Superintendent's Signature: [signature]   Date: 5-17-24   (Attach additional sheet if necessary)

Resolved: ___ (if so initial and give copy to Unit Manager)   Appealed to Commissioner Fem (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature: Farris E Mullo   Date: May 20 24

[Stamp: RECEIVED MAY 2 3 2024 West Virginia Division of Corrections and ...]

**Action by Commissioner:**
Accepted ✓   Rejected ___   Reason ___
Response on Merits if accepted: ___ Affirm ___   Date: MAY 2 8 2024   ___ Other, memo attached.

[Seal: AFFIRMED Grievance Denied Central Office Grievance Review]

6. Disposition; <u>The northern District Court was Arbitrary Dismiss it With Prejudice</u>
(for example, was the case dismissed? Appealed? Pending?)

7  Approximate date of filing lawsuits; <u>April, 12, 2024</u>

8  Approximate date Disposition; **ATTACTH COPIES.**

C. Did you seek informal or formal relief from the appropriate administrative Officials regarding the act complained of in Part B?   [X] Yes   [ ] No

D. If your answer is "Yes", briefly describe how relief was sought and the result. If your answer is "No", explain why administrative relief was not sought.

<u>Place number of request to have home plan resubmit my mother home and then filed the grievance all the way to the commissioner in Charleston, West Virginia</u>

E. Did you exhaust available administrative Remedies?  [X] Yes   [ ] No

F. If your answer is "Yes", briefly explain the steps taken and attach proof of exhausted.
   If your answer is "No", briefly explain why administrative remedies were not exhausted.

<u>Place number of request to have home plan resubmit my mother home and then filed the grievance all the way to the commissioner in Charleston, West Virginia,</u>
***See Attach Grievances***

G. If you are requesting to proceed in this action *in Forma Pauperis* under 28 U.S.C. §1915 list each civil action you filed in any court of the United States While you were incarcerated or detained in any facility that dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil action or appeal using the same format on a separate piece of paper which you should attach and label "G. PREVIOUS DISMISSED ACTIONS OR APPEALS"

Attachment A

1. Parties to previous lawsuit

Petitioner(s): Farris E. Mallo. # 3469063
Defendant(s): Mr. Russell Maston, Superintendent;
   Mrs. Kristen Nichols, Unit Manager of 76-1
   Mrs. Kayla B. Nichols, Institutional Parole Officer
   Mr. Martin Logan, Council of 76-1
   Mr. Russell Knuckles, Parole Officer
   Mr. Ryan E. Beals, Parole Officer

2. Name and location of court and docket number:

   In the United States District Court for the Northern District of West Virginia Wheeling docket number: **5:24-CV-53**

3. Grounds for Dismissal:        [ ] frivolous    [ ] malicious
   [X] failure to state a claim upon which relief may be granted.

4. Approximate date of filing lawsuit: Feb-12-2024

5. Approximate date of disposition: April-12-2024

V. **STATEMENT OF CLAIM**

*State here, has **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your rights. **You must include allegations of wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of the persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATED CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 34.4)***

> **CLAIM 1:** Mrs. Kayla B. Nichols, Institutional Parole Officer, at St. Marys Correctional Center and other state workers' are violating my due process to obtain a home plan, rights to liberty of freedom, and to obtain work for myself and get Americans wages.
> **Supporting Facts:** Mrs. Kayla B. Nichols, is the Institutional Parole Officer, and will not submit my home plan, her and her other that also work at this prison both hate sex offender and try everything in their power to be sure a sex offender does not get their home plan, this is arbitrary and abuse of power and their position herein.

**Attachment A**

**CLAIM 2:** <u>Mr. Russell Knuckles, Parole Officer will not approve my home plans by not permitting me to go to my family's house were my brother and mother lives, or approve other home plans that are not on parole approved list (approved for sex offender) this is arbitrary and abuse of power and position herein.</u>

**Supporting Facts:** <u>I have no way of getting the approved list of the West Virginia parole board and the United only does what they are forced to. The West Virginia Division of Correction and Rehabilitation made a policy 454.01 that violate the West Virginia Codes and Procedures thereof.</u>

**CLAIM 3:** <u>Mr. Ryan E. Beals, Parole Officer will not approve my home plans by not permitting me to go to my family's house were my brother and mother lives, or approve other home plans I submitted because the places are not on parole approved list (approved for sex offender) this is arbitrary and abuse of power and position herein.</u>

**Supporting Facts:** <u>I have no way of getting the approved list of the West Virginia parole board and the United only does what they are forced to. The West Virginia Division of Correction and Rehabilitation made a policy 454.01 that violate the West Virginia Codes and Procedures thereof.</u>

**CLAIM 4:** <u>Mr. Martin Logan, Council of 76-1 has personal said to me that no one wont's sex offender on the street and in his position this is a personal vendetta against sex offender and he should be place in a position where he does not have the author to place home plan and judge people that has already pay their debt to society.</u>

**Supporting Facts:** <u>I have no way of getting the approved list of the West Virginia parole board and the United only does what they are forced to. The West Virginia Division of Correction and Rehabilitation made a policy 454.01 that violate the West Virginia Codes and Procedures thereof.</u>

**CLAIM 5:** <u>Mrs. Kristen Nichols, Unit Manager of 76-1, Received my grievance on 1-4-2024 she responded to grievance number 24-SMCCJ-76-1-02, there was several attempts to make contact to my mother, who has repeatedly told me that the West Virginia parole has never came to the house or called her cellphone.</u>

**Supporting Facts:** <u>Mrs. Kristen Nichols stated in the attach grievance, that the West Virginia Parole Board Officers has made several attempts to contact by phone and made several attempt to visit the home. On another grievance file on 5-6-2024 grievance no. 24-SMCCJ-76-1-183 she stated that I could not go to my mother house because there to many convicted felon living in her home. my mother and my brother who my mother take of is the only two convicted felons in the home.</u>

**VI. <u>INJURY</u>**

Attachment A

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

<u>The foods I am force to eat (make me put on weight and making me go without other things), because of the West Virginia Parole Board and Staff at the St. Marys Correctional Center & Jail. Because of the Denying me the Freedom to smoke, chow/rub snuff, put on weight among other mental and health problem obtain by denying me my freedom.</u>

## VII. <u>RELIEF</u>

Describe **BRIEFLY and EXACTLY** what you want the court to do for you.
*Make no legal arguments. Cite no cases or statutes.*

<u>Resentence me to house arrest or have the West Virginia Parole Board approved my mother home plan. So, I'm not force to eat the unfit meals the West Virginia Prisoner System are forcing inmates to eat. And, get pay for the wages that the West Virginia Parole Board and other State workers has cost me from denying me my freedom.</u>

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is he plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>St. Marys Correctional center and Jail</u> on <u>7/8/2024</u>     .
        (Location)                                    (Date)

*Farris E. Mallo*
Your Signature

By singing my name on this statement, I swear or affirm (1) the competence and truthfulness, to the best of my ability and knowledge, of the information I have provided and (2) my belief is that by singing this statement in front of the notary listed below.

*Farris E. Mallo*
Your name.

Taken, subscribe, and sworn or Afforded before me, by the person whose signature appear above on

**Attachment A**

this_____ day of _____, 20____, in _____county. West Virginia

Signature of Notary_____   _____
                                                                                                    Date

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Farris E. Mallo. # 3469063
    Petitioner

v.                                             Civil Action No.: 3:24-CV-88

Mr. Russell Maston
Mrs. Kristen Nichols
Mrs. Kayla B. Nichols
Mr. Martin Logan
Mr. Ryan E. Beals
Mr. Russell Knuckles
*Inter above the full name of defendants in this action.*

## Certificate of Service

    I, Mr. Farris E. Mallo (your name here), appearing *pro se,* hereby certify that I have served the foregoing State Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (title of document being sent) upon the defendant(s) depositing true copies of the same in the United States mail postage prepaid, upon the following counsel or record for the defendant(s) on 7-03-2024 (insert date here):

        (list name and address of counsel for defendant(s)

        Defendant: Mr. Russell Maston
        Is employed as Superintendent
        at St. Marys Correctional center and Jail
        2880 North Pleasants highway, St. Marys West Virginia 26107

        Defendant: Mrs. Kristen Nichols
        Is employed as Unit Manager of 76-1
        at St. Marys Correctional center and Jail
        2880 North Pleasants highway, St. Marys West Virginia 26107

Attachment E

Defendant: Mrs. Kayla B. Nichols
Is employed as Institutional Parole Officer IPO
at St. Marys Correctional center and Jail
 2880 North Pleasants highway, St.
 Marys West Virginia 26107

Defendant: Martin Logan
Is employed as council of 76-1
at St. Marys Correctional center and Jail
2880 North Pleasants highway, St.
Marys West Virginia 26107

Defendant: Russell Knuckles
Is employed as Parole Officer
at Parole Offices
 1356 Hansford Street STE. B
 Charleston West Virginia 25301

Defendant: Mr. Ryan E. Beals
Is employed as Parole Officer
at Parole Offices
 1356 Hansford Street STE. B
 Charleston West Virginia 25301

*Farris E Mallo*
(sign your name)

Farris E Mallo D.O.C. No 3469063
St. Marys Correctional center and Jail
2880 North Pleasants highway,
St. Marys West Virginia
26107