Attachment A

**FILED**
SEP 30 2024
U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

<u>Farris E. Mallo. OID # 3469063</u>
Petitioner

**STATE CIVILE RIGHTS COMPLAINT PURUANT TO 42 U.S.C. § 1983**

V.

Civil Action No.: __3:24cv88__
*(To be assigned by the Clerk of Court)*

<u>Mr. William Marshall III, Commissioner;</u>
<u>Mr. Russell Maston, Superintendent;</u>
<u>Mrs. Kristen Nichols, Unit Manager of 76-1;</u>
<u>Mrs. Kayla B. Nichols, Institutional Parole Officer;</u>
<u>Mr. Martin Logan, Council of 76-1;</u>
<u>Mr. Russell Knuckles, Parole Officer; and</u>
<u>Mr. Ryan E. Beals, Parole Officer.</u>
*Enter above the full name of defendant(s) in this action*

I. <u>JURISDICTION</u>

This is a civil action brought pursuant to **42 U.S.C. § 1983.** The court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. <u>PARTIES</u>

*In item A below, place your full name. inmate number, place of detention. Complete Mailing address in space provided.*

 A. Your Name; <u>Farris E. Mallo</u>
   Inmate Number <u>3469063</u>
   Address <u>St. Marys Correctional center and Jail</u>
     <u>2880 North Pleasants Highway</u>
     <u> St. Marys West Virginia 26107</u>

*In item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.   Name of Defendant; Mr. William Marshall III

   Position: Commissioner

   Place of Employment: Commissioner of the Division of Corrections and Rehabilitation

   Address:   Commissioner of Division of Corrections and Rehabilitation
              1409 Greenbrier Street
              Charleston West Virginia 25311

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes       [_]No

If your answer is "yes" briefly explain: Has failed to appoint a Director of Housing that shall work in conjunction with the federal, state, county, and local government and private inmates a places that they may submit home plan, on the DCR approve places that sex offender is permitted to place home plan.        Supporting W. Va. Code § 15A-4-2

B.1   Name of Defendant; Mr. Russell Maston,

   Position: Superintendent

   Place of employment: St. Marys Correctional center and Jail

   Address:   St. Marys Correctional center and Jail
              2880 North Pleasants Highway
              St. Marys West Virginia 26107

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes       [_]No

If your answer is "yes" briefly explain: Mr. Russell Maston, the Superintendent of the St. Marys Correctional center and Jail that all other State Worker and/or Actor work for.

B.2   Name of Defendant; Mrs. Kristen Nichols,

   Position: Unit Manager of 76-1 at the time

   Place of employment: St. Marys Correctional center and Jail

**Attachment A**

Address: St. Marys Correctional center and Jail
2880 North Pleasants Highway
St. Marys West Virginia 26107

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes   [ ] No

If your answer is "yes" briefly explain: Mrs. Kristen Nichols is the Unit Manager of 76-1 (at the Time) and she is the one, we go throw to check are home plans, and she telling us, that they need to be in 40 days before our parole hearing.

B.3   Name of Defendant; Mrs. Kayla B. Nichols

Position: Institutional Parole Officer

Place of Employment St. Marys Correctional center and Jail

Address: St. Marys Correctional center and Jail
2880 North Pleasants highway
St. Marys West Virginia 26107

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes   [ ] No

If your answer is "yes" briefly explain: Mrs. Kayla B. Nichols is an Institutional Parole Officer (IPO) all home plans has to go throw her to be filed in the offender information System that she has not done, and she said that two-many convicted felons living in my mother's home. This is the reason I'm not allow to parole there.

B.4   Name of Defendant; Mr. Martin Logan,

Position: Council of 76-1

Place of Employment: St. Marys Correctional Center and Jail

Address: St. Marys Correctional center and Jail
2880 North Pleasants highway
St. Marys, West Virginia 26107

**Attachment A**

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes   [_] No

If your answer is "yes" briefly explain: Mr. Martin Logan is the Council of 76-1 and he is the one, we go throw to check are home plans, and he telling us, that they need to be in 40 days before our parole hearing. This violate our due process, in being able to get a setup upon finding a home plan. This also violate due process of having 120 days to find a home plan.

B.5   Name of Defendant; Mr. Russell Knuckles

Position: Kanawha County Parole Officer's

Place of Employment: W. Va. Parole Officer

Address:   West Virginia Parole Office
1356 Hansford Street Ste. B
Charleston West Virginia, 25301

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes   [_] No

If your answer is "yes" briefly explain: Mr. Russell Knuckles is a Parole Officer he works the West Virginia Parole Office and he go out and check the home plan, he ether approves them or denied a home plan, apply by incarcerated felons and he said that would not approve, my home plan, to my mother house (Abuse of power and/or position).

B.6   Name of Defendant; Mr. Ryan E. Beals

Position: Kanawha County Parole Officer's

Place of Employment: W. Va. Parole Officer

Address:   West Virginia Parole Office
1356 Hansford Street Ste. B
Charleston West Virginia, 25301

Was this Defendant acting under the authority or color of state law at the time these claims occurred?   [X] Yes   [_] No

**Attachment A**

If your answer is "yes" briefly explain: Mr. Ryan E. Beals is a Parole Officer he works the West Virginia Parole Office and he go out and check the home plan, he ether approves or denied a home plan, apply by incarcerated felons and he said that would not approve, my home plan, to my mother house. (Abuse of power and/or position)

**III. PLACE OF PRESENT CONFINEMENT**

Name or Prison/Institution: St. Marys Correctional center and Jail

A. Is this where the events concerning your complaint took place?
   Yes [X]          No [ ]

   If your answer "No" where did the events occur?

B. Is there a prisoner grievance procedure in the Institution where the events occurred?

   Yes [X]          No [ ]

C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?          [X] Yes          [ ] No

D. If your answer is "No" explain why not _____

E. If your answer is "Yes" identify the administrative grievance procedure number (s) in which the claims raised in this complaint were addressed and State the result at level one, level two, and level three. **ATTACTH GRIEVANCES AND REAPONSES:**

Level 1 SEE ATTACTH GRIEVANCE

Level 2 SEE ATTACTH GRIEVANCE

Level 3 SEE ATTACTH GRIEVANCE

**Attachment A**

## IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMENDIES.

A. Have you filed other lawsuit in State or Federal Court dealing with the same facts involved in this action?   [X] Yes   [_] No

B. If your answer is "Yes", describe each lawsuit in space below. If there is more than one lawsuit, describe additional lawsuit using the same format on a separate piece of paper which you should attach and label: **"IV. PREVIOUS LAWSUITS"**

1. Petitioner (S); <u>Farris E. Mallo.  # 3469063</u>

    Defendant(S); <u>Mr. Russell Maston, Superintendent;</u>
    <u>Mrs. Kristen Nichols, Unit Manager of 76-1</u>
    <u>Mrs. Kayla B. Nichols, Institutional Parole Officer</u>
    <u>Mr. Martin Logan, Council of 76-1</u>
    <u>Mr. Russell Knuckles, Parole Officer</u>
    <u>Mr. Ryan E. Beals, Parole Officer</u>

2. Court; <u>Southern District and moved Northern District</u>

3. Case Number: <u>3:24-CV-88</u>

4. Basic Claim Made/Issues Raised: <u>Denying me due process, equal protecting, discrimination, and inadequate in doing their job.</u>

5. Name of judge(s) to whom case was assigned; <u>Robert W. Trumble.</u>

6. Disposition; <u>Pending</u>
(for example, was the case dismissed? Appealed?  Pending?)

7. Approximate date of filing lawsuits; <u>April, 12, 2024</u>

8. Approximate date Disposition; **ATTACTH COPIES.**

C. Did you seek informal or formal relief from the appropriate administrative Officials regarding the act complained of in Part B?   [X] Yes   [_]No

**Attachment A**

D. If your answer is "Yes", briefly describe how relief was sought and the result. If your answer is "No", explain why administrative relief was not sought.

<u>Resentence me to house arrest or have the West Virginia Parole Board approved my mother home plan. So, I'm not force to eat the unfit meals the West Virginia Prisoner System are forcing inmates to eat. And, get pay for the wages that the West Virginia Parole Board and other State workers has cost me from denying me my freedom.</u>

E. Did you exhaust available administrative Remedies?   [X] Yes      [_] No

F. If your answer is "Yes", briefly explain the steps taken and attach proof of exhausted.

If your answer is "No", briefly explain why administrative remedies were not exhausted.

<u>Place number of request to have home plan resubmit my mother home and then filed the grievance all the way to the commissioner in Charleston, West Virginia.</u>
***See Attach Grievances:*** <u>Frist, Second and Third Stages of the Grievance</u>

G. If you are requesting to proceed in this action *in Forma Pauperis* under 28 U.S.C. §1915 list each civil action you filed in any court of the United States While you were incarcerated or detained in any facility that dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil action or appeal using the same format on a separate piece of paper which you should attach and label "G. PREVIOUS DISMISSED ACTIONS OR APPEALS"

1. Parties to previous lawsuit

   Petitioner(s); <u>Farris E. Mallo.  # 3469063</u>
   Defendant(s); <u>Mr. Russell Maston, Superintendent;</u>
   <u>Mrs. Kristen Nichols, Unit Manager of 76-1</u>
   <u>Mrs. Kayla B. Nichols, Institutional Parole Officer</u>
   <u>Mr. Martin Logan, Council of 76-1</u>
   <u>Mr. Russell Knuckles, Parole Officer</u>
   <u>Mr. Ryan E. Beals, Parole Officer</u>

2. Name and location of court and docket number:

   In the United States District Court for the Northern District of West Virginia Wheeling docket number: **5:24-CV-53**

**Attachment A**

3. Grounds for Dismissal:   [_] frivolous   [_] malicious
   [X] failure to state a claim upon which relief may be granted.

4. Approximate date of filing lawsuit: Feb-12-2024

5. Approximate date of disposition: April-12-2024

## V. STATEMENT OF CLAIM

*State here, has **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your rights. **You must include allegations of wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of the persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN A SEPARATED CIVIL ACTION. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 34.4)***

**CLAIM 1:** Mr. William Marshall III; the commissioner may employ or contract for a Director of Employment and a Director of Housing for released inmates. The Director of Employment shall work with federal, state, county, and local government and private entities to negotiate agreements which facilitate employment opportunities for released inmates. The Director of Housing shall work with federal, state, county, and local government and private entities to negotiate agreements which facilitate. 15A-4-21 housing opportunities for released inmates. The Director of Employment shall investigate job opportunities and give every possible assistance in helping released inmates find employment. The Director of Housing shall work in conjunction with the Bureau of Community Corrections and the Parole Board to reduce release delays due to lack of a home plan, develop community housing resources, and provide short-term loans to released inmates for costs related to reentry into the community.

**Supporting Facts:** Mr. William Marshall III, Commissioner, the Commissioner of the Division of Corrections and Rehabilitation has failed to appoint a Director of Housing shall work in conjunction with the federal, state, county, and local government and private inmates a place that they may submit home plan, on the Division of Corrections and Rehabilitation approve places that sex offender is permitted to place home plan. The Commissioner of the Division of Corrections and Rehabilitation has failed to appoint a Director of Employment shall work with federal, state, county, and local government and private entities to negotiate agreements which facilitate employment opportunities for released inmates.

**CLAIM 2:** Mr. Russell Maston, Superintendent; at St. Marys Correctional Center and other state workers` are violating my due process to obtain a home plan, rights to liberty of freedom, and to obtain work for myself and get Americans wages, and will not Help Sex offenders find place for us to go

**Attachment A**

**Supporting Facts:** Mr. Russell Maston, Superintendent, is helping Mrs. Kayla B. Nichols, Institutional Parole Officer will not submit my home plan, both hate sex offender and try everything in their power to be sure a sex offender does not get their home plan, this is arbitrary and abuse of power and their position herein.(" Mrs. Kayla B. Nichols, Institutional Parole Officer is ripping up Home Plans and not putting them in O.S.I to Keep Sex Offenders in Prison and making them Violate to keep them in prison win they discharge their sentence", And not giving me the original copy that the courts send me to safeguard the sanctiy of the attorney-client privilege, mail to or from an inmates attorney shall not be monitored, reviewed, copied, and kept by the institution, or disclosed in any manner unless required by an order of a court of competent jurisdiction. However, that mail may be checked for weapons, drugs, and other contraband provided it is done in the presence of the inmate and there is a reasonable basis to believe that any weapon, drug, or other contraband exists in the mail). For the prison to take a person legal mail (from the courts) copy it and destroy it is basic saying that they believe that the court is putting something in prisoner legal mail.

**CLAIM 3:** Mr. Russell Knuckles, Parole Officer will not approve my home plans by not permitting me to go to my family's house were my brother and mother lives, or approve other home plans that are not on parole approved list (approved for sex offender) this is arbitrary and abuse of power and position herein.
**Supporting Facts:** I have no way of getting the approved list of the West Virginia parole board and the Unit only does what they are forced to. The West Virginia Division of Correction and Rehabilitation made a policy 454.01 that violate the West Virginia Codes and Procedures thereof. The code§§28-7-1 and 62-13-2 was the codes the policy 454.01was made from the codes give 120 days to find a home plans but the policy stated you allow to and in at 48 days to parole this violate due process.

**CLAIM 4:** Mr. Ryan E. Beals, Parole Officer will not approve my home plans by not permitting me to go to my family's house were my brother and mother lives, or approve other home plans I submitted because the places are not on parole approved list (approved for sex offender) this is arbitrary and abuse of power and position herein.
**Supporting Facts:** I have no way of getting the approved list of the West Virginia parole board and the United only does what they are forced to. The West Virginia Division of Correction and Rehabilitation made a policy 454.01 that violate the West Virginia Codes and Procedures thereof. The code§§28-7-1 and 62-13-2 was the codes the policy 454.01was made from the codes give 120 days to find a home plans but the policy stated you allow to and in at 48 days to parole this violate due process.

**CLAIM 5:** Mr. Martin Logan, Council of 76-1 has personal said to me that no one wont's sex offender on the street and in his position this is a personal vendetta against sex offender and he should be place in a position where he does not have the author to place home plan and judge people that has already pay their debt to society.

Attachment A

**Supporting Facts:** I have no way of getting the approved list of the West Virginia parole board and the Unit only does what they are forced to. The West Virginia Division of Correction and Rehabilitation made a policy 454.01 that violate the West Virginia Codes and Procedures thereof, and helping (" Mrs. Kayla B. Nichols, Institutional Parole Officer is ripping up Home Plans and not putting them in O.S.I to Keep Sex Offenders in Prison and making them Violate to keep them in prison win they discharge their sentence").

**CLAIM 6:** Mrs. Kristen Nichols, Unit Manager of 76-1 at the time my home plan was denied, received my grievance on 1-4-2024 she responded to grievance number 24-SMCCJ-76-1-02, Mrs. Nickels the unit team manager at that time said, there Parole Office made several attempts to make contact to my mother, who has repeatedly told me that the West Virginia parole has never came to the house or called her cellphone. She has nothing else to do but take care of my brother and talk on the phone.

**Supporting Facts:** Mrs. Kristen Nichols stated in the attach grievance, that the West Virginia Parole Board Officers has made several attempts to contact by phone and made several attempt to visit the home. On another grievance file on 5-6-2024 grievance no. 24-SMCCJ-76-1-183 she stated that I could not go to my mother house because there to many convicted felon living in her home. my mother and my brother who my mother take of is the only have misdemeanor's in the home, and she is also helping her and her other that also work at this prison ("Mrs. Kayla B. Nichols, Institutional Parole Officer that is ripping up Sex Offender Home Plans and not putting them in I.O.S. to Keep Sex Offenders in Prison and making them Violate to keep them in prison win they discharge their sentence").

**CLAIM 7:** Mrs. Kayla B. Nichols, Institutional Parole Officer, at St. Marys Correctional Center, Commissioner of DCR, and other state workers` are violating my due process to obtain a home plan, rights to liberty of freedom, and to obtain work for myself.
**Supporting Facts:** Mrs. Kayla B. Nichols, is the Institutional Parole Officer, and will not submit my home plan, her and her other that also work at this prison both hate sex offender and try everything in their power to be sure a sex offender does not get their home plan approved, this is arbitrary abuse of power and their position herein. (" Mrs. Kayla B. Nichols, Institutional Parole Officer is ripping up Home Plans and not putting them in O.S.I to Keep Sex Offenders in Prison and making them Violate to keep them in prison win they discharge their sentence").

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

**Attachment A**

<u>The foods I am force to eat (make me put on weight and making me go without other things), because of the West Virginia Parole Board and Staff at the St. Marys Correctional Center & Jail. Because of the Denying me the Freedom to smoke, chow/rub snuff, put on weight among other mental and health problem obtain by denying me my freedom.</u>

**VII.    RELIEF**

Describe **BRIEFLY and EXACTLY** what you want the court to do for you.
*Make no legal arguments. Cite no cases or statutes.*
<u>Resentence me to house supervise- probation arrest or have the West Virginia Parole Board approved my mother home plan provide me with a place where a sex offender to allow to parole out to West Virginia code §15A-4-21 the Commissioner may appoint worker to help Inmate that cannot find obtain a home plan or obtain places where sex offender able to parole to. So, I'm force to eat the unfit meals the West Virginia Prisoner System, Aramark food services feed the inmate population, I'm forcing to eat it. I have no money, I can't buy nothing, and I'm week from the unfit foods. And, get pay for the wages that the West Virginia Parole Board and other State workers has cost me from denying me my freedom.</u>

*DECLARATION UNDER PENALTY OF PERJURY*

The undersigned declares under penalty of perjury that he/she is he plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>St. Marys Correctional center and Jail</u> on     <u>9-15-2024</u>
                   (Location)                    (Date)

                                                  Your Signature

    By singing my name on this statement, I swear or affirm (1) the competence and truthfulness, to the best of my ability and knowledge, of the information I have provided and (2) my belief is that by singing this statement in front of the notary listed below.

                                                   <u>9-15-2024</u>
Your name.                                            Date